Civil- (Dec-2008)

**HONORABLE:** Stefan R. Underhill
**DEPUTY CLERK** B. Sbalbi/M. Martin   **RPTR/ECRO/TAPE** Susan Catucci
**TOTAL TIME:** 1 hours 50 minutes
**DATE:** 2/19/2014   **START TIME:** 11:05 a.m.   **END TIME:** 12:55 p.m.
**LUNCH RECESS** FROM: _____ TO: _____
**RECESS** (if more than ½ hr) FROM: _____ TO: _____

**CIVIL NO.** 11-cv-1324-SRU

Ozols                                                                                         Heena Kapadia
                                                                                              Plaintiff's Counsel
                  vs
Town of Madison, et al.                                                                       Michael J. Rose
                                                                                              Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing              [ ] Show Cause Hearing
[ ] Evidentiary Hearing         [ ] Judgment Debtor Exam
[ ] Miscellaneous Hearing

[✓] ….#91  Motion for Summary Judgment        [✓] granted [✓] denied [ ] advisement
[ ] ….#___ Motion_____      [ ] granted [ ] denied [ ] advisement
[ ] ….#___ Motion_____      [ ] granted [ ] denied [ ] advisement
[ ] ….#___ Motion_____      [ ] granted [ ] denied [ ] advisement
[ ] ….#___ Motion_____      [ ] granted [ ] denied [ ] advisement
[ ] ….#___ Motion_____      [ ] granted [ ] denied [ ] advisement
[ ] ….#___ Motion_____      [ ] granted [ ] denied [ ] advisement
[ ] ….       Oral Motion_____     [ ] granted [ ] denied [ ] advisement
[ ] ….       Oral Motion_____     [ ] granted [ ] denied [ ] advisement
[ ] ….       Oral Motion_____     [ ] granted [ ] denied [ ] advisement
[ ] ….       Oral Motion_____     [ ] granted [ ] denied [ ] advisement
[ ] ….       [ ] Briefs(s) due _____  [ ] Proposed Findings due _____  Response due _____
[ ] ……..  The motion is granted in part and denied in part as follows--    [ ] filed [ ] docketed
[ ] ……..  Count One: granted; Count Four: granted                          [ ] filed [ ] docketed
[ ] ……..  Count Two: granted with respect to First Amendment claim and state law   [ ] filed [ ] docketed
[ ] ……..  claim concerning union-related activities; denied with respect to other claims  [ ] filed [ ] docketed
[ ] ……..  Count Three: denied with respect to Title VII disparate treatment claim;  [ ] filed [ ] docketed
[ ] ……..  granted with respect to Title VII hostile work environment claim   [ ] filed [ ] docketed
[ ] ………   _____ Hearing continued until _____ at _____